No. 01–1111. HOFFMANN ET AL. *v.* UNITED STATES ET AL. C. A. Fed. Cir. Certiorari denied.

No. 01–1267. SHISINDAY, AKA THOMAS *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 01–1283. MCMASTERS *v.* UNITED STATES ET AL. C. A. 7th Cir. Certiorari denied.

No. 01–1307. FOSTER ET AL. *v.* GARCY, SUPERINTENDENT, LIVERMORE VALLEY JOINT SCHOOL DISTRICT, ET AL. C. A. 9th Cir. Certiorari denied.

No. 01–1312. DAVIS, GOVERNOR OF CALIFORNIA *v.* DUKE ENERGY TRADING AND MARKETING, L. L. C. C. A. 9th Cir. Certiorari denied.

No. 01–1433. FOLEY *v.* INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION NO. 98 PENSION FUND ET AL. C. A. 3d Cir. Certiorari denied.

No. 01–1439. SABO *v.* CITY OF OWENSBORO ET AL. Ct. App. Ky. Certiorari denied.

No. 01–1441. MICHAEL *v.* ST. JOSEPH COUNTY ET AL. C. A. 7th Cir. Certiorari denied.

No. 01–1445. HOFFEND *v.* VILLA. C. A. 11th Cir. Certiorari denied.

No. 01–1447. HOFFMAN ET AL. *v.* JEFFORDS. C. A. D. C. Cir. Certiorari denied.

No. 01–1448. HAGENBUCH ET AL. *v.* COMPAQ COMPUTER CORP. ET AL. C. A. 4th Cir. Certiorari denied.

No. 01–1457. CLANTON *v.* GREENWOOD TRUST CO. Ct. App. Mich. Certiorari denied.

No. 01–1460. CIRCUIT CITY STORES, INC. *v.* ADAMS. C. A. 9th Cir. Certiorari denied.

No. 01–1461. SIERRA *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.